UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**ROBERT BERTHOLOT, ET AL.**      **CIVIL ACTION**

**VERSUS**      **NO: 06-9537**

**SCOTTSDALE INSURANCE COMPANY, ET AL.**      **SECTION: "K"(1)**

## ORDER

Before the Court is the Motion for Summary Judgment (Rec.Doc.No. 9) filed by Defendant Powell Insurance Agency, Inc., wherein they seek dismissal from the lawsuit. Given that this Defendant was dismissed by virtue of the Court's ruling on the Motion to Remand (Rec.Doc.No. 7) the issues raised by the instant motion are now moot. Accordingly,

**IT IS ORDERED** that the motion be **DENIED** as **MOOT**.

New Orleans, Louisiana, on this __9th__ day of August, 2007.

_____
**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT COURT JUDGE**