UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA.

| | | |
|---|---|---|
| ROBERT C. BERTHELOT, and ROBERT C. BERTHELOT FAMILY LIMITED PARTNERSHIP | * | CIVIL ACTION NO. 06-9537 |
| VERSUS | * | SECTION "K" |
| SCOTTSDALE INSURANCE COMPANY, STATE FARM FIRE & CASUALTY CO., | * | JUDGE: DUVAL, Jr. |
| POWELL INSURANCE AGENCY, INC., AND ABC INSURANCE COMPANY | * | MAGISTRATE SHUSHAN |

*************************************************************************

## ORDER

Considering the foregoing Motion,

IT IS ORDERED, that the above-numbered and entitled suit be and the same is hereby dismissed with full prejudice as to the rights of Plaintiffs, ROBERT C. BERTHELOT, and ROBERT C. BERTHELOT FAMILY LIMITED PARTNERSHIP, and against Defendant, SCOTTSDALE INSURANCE COMPANY, each party to bear their own cost.

JUDGMENT RENDERED, READ AND SIGNED at New Orleans, Louisiana, this __28th__ day of __January__, 2009.

_____
Stanwood R. Duval, Jr.
United States District Judge